UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 11-10169 |
| | ) | Chapter 13 |
| HERMAN EUGENE PAULSON | ) | |
| dba Heartland Organic Foods | ) | |
| SSN/ITIN xxx-xx-9472 | ) | ORDER DISMISSING CASE |
| | ) | |
| Debtor. | ) | |

Upon consideration of the record before the Court; and in recognition of and compliance with the findings and conclusions entered on the record at the March 7, 2012 hearing on Trustee Dale A. Wein's Motion to Dismiss Case (doc. 69); and it appearing Debtor Herman Eugene Paulson did not exercise the option offered to him by the Court to, on or before March 15, 2012, voluntarily convert his case to chapter 7; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Trustee Wein's motion is granted, and this case is dismissed.

So ordered:  March 16, 2012.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota